IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHERRI SANDOVAL,

      Plaintiff,

  v.

JO ANNE B. BARNHART,
Commissioner of Social
Security,

      Defendant.
_____/

No.  CIV.S-05-1532 DAD

ORDER TO SHOW CAUSE

On August 1, 2005, the court issued a scheduling order which required plaintiff to complete service of process within twenty days from the filing of the complaint.  The required time has now expired, and there is no indication that service of process has been completed.  Good cause appearing, the court HEREBY ORDERS plaintiff to show cause in writing within twenty days of the filed date of this order why this case should not be dismissed for lack of prosecution.

/////

/////

1

Failure to <u>timely</u> file the required writing will result in dismissal of the action.

DATED: November 9, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
Ddad1/orders.socsec/sandoval1532.osc