IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI SANDOVAL, | No. CIV.S-05-1532 DAD |
| Plaintiff, | |
| v. | ORDER |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

By order filed November 10, 2005, plaintiff was directed to show cause in writing why this case should not be dismissed for lack of prosecution. On November 21, 2005, counsel for plaintiff timely filed the required writing, explaining that service of process would be accomplished forthwith, although no proof of service has been filed. Accordingly, plaintiff is directed to complete service of process and file proof of such service within ten (10) days of the

/////

/////

1

1  date of this order.  Failure to <u>timely</u> file the required writing will
2  result in dismissal of the action.
3         IT IS SO ORDERED.
4  DATED: December 5, 2005.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

8  DAD:th
   Ddad1/orders.socsec/sandoval1532.pos