IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI SANDOVAL, | No. CIV.S-05-1532 DAD |
| Plaintiff, | |
| v. | ORDER |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

By order filed November 10, 2005, plaintiff was directed to show cause in writing within twenty days why this case should not be dismissed for lack of prosecution. On November 21, 2005, plaintiff filed a response to the order to show cause, explaining that service of process would be accomplished forthwith, although no proof of service had been filed. On December 6, 2005, plaintiff was directed to complete service of process and file a proof of service within ten days. On December 14, 2005, plaintiff filed a response to the order

/////

1

1  along with a proof of service indicating that service has now been
2  completed in this action.
3      Accordingly, the order to show cause filed on November 10,
4  2005, is HEREBY DISCHARGED.  This matter will proceed according to
5  the terms of the court's scheduling order filed August 1, 2005.
6  DATED: December 21, 2005.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

10  DAD:lg
    ddad1/orders.socsec/sandoval1532.dischargeOSC